Name, Address and Telephone Number of Attorney(s):
Tionna Dolin (SBN 299010) ; Elizabeth LaRocque (219977)
Strategic Legal Practices, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW MURPHY<br><br>Plaintiff(s)<br>v.<br><br>FCA US , LLC; and DOES 1 through 10, inclusive<br><br>Defendant(s). | CASE NUMBER<br><br>5:23-cv-01318-SHK<br><br>**REQUEST:**<br>**ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case ***or*** ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☑ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: July 31, 2023 Elizabeth A. LaRocque

Attorney for Plaintiff Matthew Murphy

Dated: ______________ ______________________________

Attorney for Plaintiff ______________________

Dated: July 31, 2023 Ali Azemoon

Attorney for Defendant FCA US LLC

Dated: ______________ ______________________________

Attorney for Defendant ______________________

NOTE: If additional signatures are required, attach an additional page to this request.

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, 19th Floor, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**ADR PROCEDURE SELECTION**

on the interested parties in said case as follows:

**Served Electronically Via Email**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on July 31, 2023.

Allison M. Handan