J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MURPHY,<br><br>   Plaintiff,<br><br>  vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>   Defendant. | Case No.: 5:23-CV-01318-SSS-SHKx<br><br>District Judge: Hon. Sunshine S. Skyes<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Plaintiff MATTHEW MURPHY ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 22, 2023.

  Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $91,442.72 pursuant to the terms of the Rule 68 Offer.

  **IT IS SO ORDERED.**

Date: October 3, 2023

_____
Irene Vazquez, Deputy Clerk