1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

MATTHEW MURPHY,

Case No. 5:23-CV-01318-SSS-SHKx

Plaintiff,

12

District Judge: Sunshine Suzanne
Sykes

vs.

13

**ORDER**

FCA US LLC; and DOES 1 through
10, inclusive

14

15

Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

1

**ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff MATTHEW MURPHY ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $15,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $15,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by February 15, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: December 18, 2023

_____
Hon. Sunshine Suzanne Sykes
U.S. District Judge

2

**ORDER**